**Dismissed and Opinion Filed October 22, 2021**



In The
Court of Appeals
Fifth District of Texas at Dallas

———————————

No. 05-21-00727-CV

———————————

**ROBERT LEE BATES, JR., Appellant**

**V.**

**DALLAS COUNTY TAX OFFICE, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE, DALLAS COUNTY EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, CITY OF DALLAS, AND SHERIFF OF DALLAS COUNTY, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-20-00949**

---

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Molberg

The underlying suit was filed by appellant in September 2020 and followed a tax foreclosure judgment and order of sale of his property. The trial court dismissed the suit on July 19, 2021 for failure to serve appellees. Appellant did not file a motion for new trial, but two weeks after his suit was dismissed, he filed an application for a temporary restraining order and injunction to stop the sale of his property. The trial court denied the temporary restraining order on August 3, and on

August 25, appellant filed this appeal challenging both the order denying the restraining order and dismissal.

An order denying a temporary restraining order, however, is not appealable and does not confer jurisdiction on the Court. *See Nikolouzos v. St. Luke's Hosp.*, 162 S.W.3d 678, 681 (Tex. App.—Houston [14th Dist.] 2005, no pet.). While an order dismissing a suit is appealable, it confers jurisdiction on the Court only if the appeal is timely filed. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). When, as here, a motion for new trial is not filed, the notice of appeal must be filed within thirty days of the date of judgment or, with an extension motion that sets forth a reasonable explanation for the delay, no later than fifteen days after that. *See* TEX. R. APP. P. 10.5(b), 26.1, 26.3. The notice of appeal here was filed within the fifteen-day grace period but without an extension motion.

On September 7, 2021, we directed appellant to file, within ten days, a motion to extend time to file the notice of appeal as well as a letter brief explaining how we have jurisdiction over the appeal from the order denying the temporary restraining order. To date, however, appellant has not responded. Accordingly, because the order denying the temporary restraining order is not appealable and no explanation

–2–

for the delay in filing the notice of appeal has been provided, we dismiss the appeal. *See id.* 42.3(a).

210727f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ROBERT LEE BATES, JR.,
Appellant

No. 05-21-00727-CV     V.

DALLAS COUNTY TAX OFFICE,
PARKLAND HOSPITAL
DISTRICT, DALLAS COUNTY
COMMUNITY COLLEGE,
DALLAS COUNTY
EQUALIZATION FUND, DALLAS
INDEPENDENT SCHOOL
DISTRICT, CITY OF DALLAS,
AND SHERIFF OF DALLAS
COUNTY, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-20-00949.
Opinion delivered by Justice
Molberg, Justices Nowell and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 22nd day of October, 2021.